IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ENID HERNANDEZ, and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

HUSA LH JF, LLC, a foreign limited liability
corporation registered in Florida and d/b/a LIFE
HOUSE LITTLE HAVANA, and HANK
MORRIS, an individual, and GARRETT
SOLOMON, an individual,

    Defendants.
_____/

CASE NO.:

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 and 1331, Defendant, HUSA LH JF, LLC, a foreign liability corporation registered in Florida and d/b/a LIFE HOUSE LITTLE HAVANA, and Defendant, GARRETT SOLOMON, by and through their attorneys (together, "Defendants"), hereby remove this action from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. In support hereof, Defendants state:

1. On February 7, 2020, Plaintiff ENID HERNANDEZ ("Plaintiff") filed a Complaint and Demand for Jury Trial (the "Complaint") in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case 2020-000367-CC-01 that asserted one count for alleged unpaid overtime under the Fair Labor Standards Act 29 U.S.C. §§ 201-216. ("FLSA"). The Court has jurisdiction concurrent with the federal courts under 29 U.S.C. § 216(B).

2. A copy of the Complaint filed by Plaintiff in the County Court case is attached as **Exhibit "A."**

3. Defendants were served with the Complaint on or about February 21, 2020. <u>See</u> copy of County Court docket attached as **Exhibit "B."** This Notice of Removal is timely filed within the time period prescribed by 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days after receipt by Defendants of the initial pleading setting forth the claims for relief upon which this action is based.

4. Copies of all the remaining documents retrieved from the County Court file and that are required to be filed with this Court under the Local Rules are attached as **Composite Exhibit "C."** These consist of: (1) Civil Cover Sheet (2) the Summons and (3) the remaining documents retrieved from the County Court file. No further proceedings have been held herein nor have any other pleadings or papers been filed other than those attached hereto as Exhibits B and C.[1]

5. Pursuant to 28 U.S.C. § 1446, Defendants hereby remove this case to the United States District Court for the Southern District of Florida as an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331.

6. The well-pleaded complaint rule determines the presence or absence of federal jurisdiction that will support removal. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). Generally, if the face of the complaint necessarily implicates a federal claim, a federal question exists. *See Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust for Southern Cal.*, 463 U.S. 1, 9-12 (1983).

---

[1] The docket reflects that a Notice of Appearance was filed on March 17, 2020, but the undersigned is unable to retrieve the Notice from the docket and the Clerk's office is not currently taking phone calls. Defendants will file this additional pleading once it can be downloaded from the Court's docket and will serve the Notice of Removal upon the filing party.

7. 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treatises of the United States. Here, the Complaint is removable to the United States District Court for the Southern District of Florida because Plaintiff's Fair Labor Standards Act ("FLSA") claim presents a federal question that arises under federal law. *See* 29 U.S.C. §§ 201-209.

8. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Florida, Miami-Dade Division, is the district court of the United States for the district and division embracing the place where the action is pending.

9. Pursuant to 28 U.S.C. § 1446(b)(2)(a), Defendants represent that Defendant, Hank Morris, has not yet been properly served in this action and therefore his consent to the removal is not required at this time.

10. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly serve a copy of this Notice upon Plaintiff and Defendant, Hank Morris, and Defendants shall file the same with the Clerk of the County Court of the Eleventh Judicial County, in and for Miami-Dade, Florida.

**WHEREFORE**, Defendants respectfully request that the entire state court action under Case No. 2020-000367-CC-01 now pending in the County Court for the Eleventh Judicial County, in and for Miami-Dade County, Florida, be removed to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

Respectfully submitted this 19th day of March, 2020.

/s/ *Mary Ruth Houston*
MARY RUTH HOUSTON, ESQ.
Florida Bar No. 834440
Email address:  *mhouston@shutts.com*
Secondary email:  *mljohnson@shutts.com*
JACLYN S. CLARK, ESQ.
Florida Bar No. 117652
Email address:  *jclark@shutts.com*
Secondary email: *mljohnson@shutts.com*
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801-5403
Telephone:  (407) 423-3200
Facsimile:  (407) 425-8316
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court this 19th day of March, 2020, by using the Florida e-Portal System, which will serve a copy electronically to:

Lisa Kuhlman Esq.
J.H. Zidell, P.A.
300-71st Street, South 605
Miami Beach, FL  33141
Primary Email: lkuhlman.jhzidellpa@gmail.com

And a copy has been sent via U.S. Mail to:

Mr. Hank Morris
275 Grove Street, Suite 3-103
Newton, MA  02466

*/s/ Mary Ruth Houston*

ORLDOCS 17571931 2

4