UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-21204-CIV-UNGARO/O'SULLIVAN

ENID HERNANDEZ,

    Plaintiff,

v.

HUSA LH JF, LLC, *et al.,*

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Motion to Quash Serice [sic] of Process on Defendant, Hank Morris (DE# 10, 3/23/2020). This matter was referred to Chief United States Magistrate Judge John J. O'Sullivan by the Honorable Ursula Ungaro in accordance with 28 U.S.C. § 636(b) (DE# 14, 3/25/2020). Rule 7.1(c)(1), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> [E]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after filing and service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**... Time shall be computed under this Local Rule in accordance with applicable federal rules of procedure (e.g. Fed. R. Civ. P. 6(a) ...). (Emphasis supplied).

Having reviewed the motion and the Declaration of Henry Morris (DE# 10-1, 3/23/2020), and having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the Motion to Quash Serice [sic] of Process on Defendant, Hank Morris (DE# 10, 3/23/2020) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this **8th** day of April, 2020.

                                                      JOHN J. O'SULLIVAN
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE