UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21204-CIV-O'SULLIVAN

[CONSENT]

ENID HERNANDEZ,

Plaintiff,

v.

HUSA LH JF, LLC, d/b/a LIFE
HOUSE LITTLE HAVANA, et al.,

Defendants.
_______________________________/

**ORDER**

THIS MATTER came before the Court sua sponte. On June 26, 2020, the Court issued an Order Approving Settlement Agreement and Dismissing Case with Prejudice (DE# 41, 6/26/20). The Court retained jurisdiction until August 10, 2020 to enforce the settlement terms. Id. at 2. To date, no motions to enforce the settlement have been filed. Accordingly, it is

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this **11th** day of August, 2020.

_______________________________
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE